NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENOVSYS LLC,**
*Plaintiff-Appellant*

**v.**

**AT&T MOBILITY LLC, AT&T MOBILITY II LLC,**
*Defendants-Cross-Appellants*

---

2016-1691, 2016-1767

---

Appeals from the United States District Court for the Central District of California in No. 2:11-cv-05210-SS, Magistrate Judge Suzanne H. Segal.

---

## JUDGMENT

---

BRUCE G. CHAPMAN, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for plaintiff-appellant.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, argued for defendants-cross-appellants. Also represented by BRYANT C. BOREN, JR., ELIOT DAMON WILLIAMS, Palo Alto, CA; TIMOTHY S. DURST, BRIAN DOUGLAS JOHNSTON, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  March 10, 2017  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court